IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr62-MHT |
| LUCY HAMILTON | ) | (WO) |

OPINION AND ORDER

This cause is before the court on defendant Lucy Hamilton's motion to continue made on August 16, 2010. For the reasons set forth below, the court finds that jury selection and trial, now set for August 30, 2010, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy

> days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

§ 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice." § 3161(h)(7)(B)(i).

The court concludes that, in this case, a continuance is necessary to provide the parties with the time to complete and file the paperwork associated with Hamilton's acceptance into pre-trial diversion, which will dispose of this matter. Thus, the ends of justice served by granting a continuance outweigh the interest of

the public and Hamilton in a speedy trial.  This court's decision is buttressed by the fact that the government does not oppose the continuance.

Accordingly, it is ORDERED as follows:

(1) Defendant Lucy Hamilton's motion for continuance (Doc. No. 15) is granted.

(2) Defendant Hamilton's jury selection and trial, now set for August 30, 2010, are reset for November 15, 2010, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 18th day of August, 2010.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE